UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON MICHAEL DOUGLAS HICKOK,

    Defendant.

Case No. CR03-542 MJP

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on June 30, 2009. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by William H. Redkey, Jr., and defendant was represented by Terrence Kellogg. Also present was U.S. Probation Officer Jennifer Tien. The proceedings were digitally recorded.

SENTENCE AND PRIOR ACTION

Defendant was sentenced on October 15, 2004 by the Honorable Marsha J. Pechman for Possession of a Firearm by a Convicted Felon and Conspiracy to Steal Mail. He received 63 months imprisonment and 3 years of supervised release.

1. On October 10, 2008, Mr. Hickok was released from BOP to begin his term of supervised release. Since his placement on supervision, the probation office has filed two

violation reports including one no action report and one consented modification for Mr. Hickok's cocaine and methamphetamine use. In response to Mr. Hickok's noncompliance, he has been reprimanded, referred for services, and presented with intermediate sanctions. Most recently, Mr. Hickok signed a consented modification in which he agreed to a 60-day home confinement placement. The implementation of this sanction remains pending. Mr. Hickok's full term expiration date is scheduled for October 9, 2011.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated June 23, 2009, U.S. Probation Officer Michael J. Larson alleged that defendant violated the following conditions of supervised release:

1. Using cocaine on or before April 19, April 29, May 4, May 7, May 18, May 19, and June 7, 2009; in violation of standard condition number seven.

2. Using amphetamine/methamphetamine on April 19, May 4, May 7, June 7, and June 21, 2009; in violation of standard condition number seven.

3. Failing to report to the probation office for drug testing on May 14 and June 8, 2009, in violation of the special condition requiring his participation in a program approved by the probation office for treatment of narcotic addition, drug dependency, or substance abuse, which may include testing to determine if he has reverted to the user of drugs or alcohol.

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing July 15, 2009 at 9:30 a.m. before District Judge Marsha J. Pechman.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2

conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 30th day of June, 2009.

/s/ Brian A. Tsuchida
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -3